BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAH ALMONSTER,<br><br>          Plaintiff,<br><br>     v.<br><br>JONATHAN CRAWFORD, et. al,<br><br>          Defendant. | Case No.: 1:13-cv-1828 AWI BAM<br><br>**Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |

    This is an immigration case in which Plaintiff alleges that Defendants United States Citizenship and Immigration Services (USCIS) has failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). That statute provides that upon proper filing of a lawsuit, the Court may review the application de novo or remand the matter to the agency with instructions to adjudicate. The parties now stipulate to the latter, with instructions that USCIS adjudicate within 60 days from the date of the Court order.

    In the event the adjudication is a denial of naturalization, the parties as well stipulate that jurisdiction will revert to this Court pursuant to 8 U.S.C. § 1421(c). The parties will promptly file a status report in such event.

1

| | |
|---|---|
| Dated: January 16, 2014 | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant U.S. Attorney |
| | |
| DATED: January 16, 2014 | Respectfully submitted,<br>/s/ James Makasian<br>James Makasian<br>Attorney for the Plaintiff |

### ORDER

Pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 60 days.

IT IS SO ORDERED.

Dated:   January 22, 2014                              _____
                                                                           SENIOR DISTRICT JUDGE